**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. NEVIS, SB# 162812
  E-Mail: Christopher.nevis@lewisbrisbois.com
WINNIE YEUNG, SB# 238473
  E-Mail: Winnie.yeung@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant SHC SERVICES, INC.
DBA SUPPLEMENTAL HEALTH CARE
(erroneously sued herein as SUPPLEMENTAL
HEALTH CARE, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| ROSE EVERETTE, | CASE NO. C13-1398 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SUPPLEMENTAL HEALTH CARE, INC. AND JACQUELINE URBANCZYK, | Trial Date:     None Set |
| Defendants. | |

**IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

  1.    Plaintiff Rose Everette and Defendant SHC SERVICES, INC. DBA SUPPLEMENTAL HEALTH CARE have reached a settlement in this matter. The parties are finalizing the release at this time. Accordingly, the parties are seeking to continue the Case Management Conference currently set for July 12, 2013, until September of 2013.

  2.    Facsimile signatures shall be considered as valid as an original signature for purposes of this Stipulation. Signatures in counterparts shall be considered valid for purposes of this Stipulation.

4834-1770-2676.1

C13-1398 SI

1 | DATED: July 10, 2013                LAW OFFICES OF WALTER L. DAVIS

                                        _____
                                        Walter L. Davis, Esq.
                                        Attorney for Plaintiff

6 | DATED: July 10, 2013                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By: _____
                                        Christopher D. Nevis, Esq.
                                        Winnie Yeung, Esq.
                                        Attorneys for DEFENDANT SHC SERVICES,
                                        INC. DBA SUPPLEMENTAL HEALTH CARE
                                        (erroneously sued herein as SUPPLEMENTAL
                                        HEALTH CARE, INC.)

**IT IS SO ORDERED.** The Case Management Conference will be continued to ____9/13/13____, 2013.

DATED: July 12, 2013                    _____
                                        HONORABLE JUDGE SUSAN ILLSTON