**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSE EVERETTE,

    Plaintiff,

v.

SUPPLEMENTAL HEALTH CARE, INC. and JACQUELINE URBANCZYK,

    Defendants.
    /

No. C 13-01398 SI

**ORDER TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANT URBANCZYK SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On March 29, 2013, plaintiff Everett filed this suit against defendants Supplemental Health Care, Inc. And Jacqueline Urbanczyk alleging tortious negligence. Plaintiff and defendant Supplemental Health Care have filed a stipulation dismissing the complaint against Supplemental Health Care. However, no mention was made of individual defendant Urbanczyk. Plaintiff has not provided proof that defendant Urbanczyk has been properly served a summons and copy of the complaint. Proper service must be made within 120 days after the complaint is filed, or the action may be dismissed. Fed. Rule Civ. Pro. 4(m); *see also* Fed. Rule Civ. Pro. 12(b)(5).

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than August 22, 2013, why the claims against defendant Urbanczyk should not be dismissed without prejudice for failure to prosecute**.

**IT IS SO ORDERED.**

Dated: August 12, 2013

                                                SUSAN ILLSTON
                                                United States District Judge