IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSE EVERETTE,

    Plaintiff,

v.

SUPPLEMENTAL HEALTH CARE, INC. and JACQUELINE URBANCZYK,

    Defendants.
                                          /

No. C 13-01398 SI

**ORDER CONTINUING ORDER TO SHOW CAUSE**

In response to this Court's August 12, 2013 Order to Show Cause, plaintiff's counsel has represented that he has served defendant Jacqueline Urbanczyk and is in the process of negotiating with her counsel, Patrick Hagan, to resolve the matter. Plaintiff's counsel requests that the pending OSC be vacated or postponed.

**Accordingly, the date by which plaintiff must show cause is continued from August 22, 2013 to October 18, 2013.**

**IT IS SO ORDERED.**

Dated: August 26, 2013

SUSAN ILLSTON
United States District Judge