**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

WALTER L. DAVIS, ESQ. 098513
1999 Harrison St., Suite 1350
Oakland, CA 94612
510/588-7543

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE EVERETT, | Case No. C 13-1398 SI |
| Plaintiff, | REQUEST FOR DISMISSAL |
| v. | |
| SUPPLEMENTAL HEALTH CARE, INC and JACQUELINE URBANCZYK, | |
| Defendants. | |

In that all parties have entered into a settlement of this action, it is hereby requested by Plaintiff that this matter be dismissed in its entirety.

Dated: November 13, 2013

WALTER DAVIS
Attorney for Plaintiff